

# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Fri, Jul 24, 2020 |
| Server Name: | John Van Steekiste |
| Location: | Pompano Beach, FL |

| | |
|---|---|
| Entity Served | TARGET CORPORATION |
| Agent Name | CT CORPORATION SYSTEM |
| Case Number | 200000568CAAMXM |
| Jurisdiction | FL |



**Exhibit 2**

Filing # 110643980 E-Filed 07/22/2020 04:00:55 PM

Filing # 110548871 E-Filed 07/21/2020 12:21:41 PM

7061

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT,
IN AND FOR MARTIN COUNTY, FLORIDA

CASE NO.: 20000568CAAXMX

| HILDA PAZ, | **CIVIL ACTION SUMMONS** |
|---|---|
| Plaintiff, | (Corporate Service) |
| v. | |
| TARGET CORPORATION | |
| Defendant. | |

7/24/20

1:30 pm

THE STATE OF FLORIDA

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint or Petition in this action on Defendant(s):

TARGET CORPORATION
CT CORPORATION SYSTEM, REGISTERED AGENT
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on **TIRADO-LUCIANO & TIRADO, P.A.**, Plaintiff's attorney, whose address is 2655 LeJeune Rd., Suite 1109, Coral Gables, FL 33134, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated on: 7/22, 2020.

CAROLYN TIMMANN
CLERK OF THE CIRCUIT COURT & COMPTROLLER

By: _____
As Deputy Clerk

## Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772) 807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

SPANISH: Si usted es una persona discapacitada que necesita algún tipo de adecuación para poder participar de este procedimiento, usted tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor comuníquese con Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, Fl. 34986, (772) 807-4370, al menos 7 días antes de su fecha de comparecencia o inmediatamente después de haber recibido esta notificación si faltan menos de 7 días para su cita en el tribunal. Si tiene discapacidad auditiva o dc habla, llame al 711.

KREYOL: Si ou se yon moun ki andikape epi ou bezwen nenpòt akomodasyon pou ou ka patisipe nan pwosè sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Administrasyon Tribunal-la, 250 NW Country Club Drive, Suite 217, Port St. Lucie FL 34986, (772) 807-4370 omwen 7 jou alavans jou ou gen pou-ou parèt nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bèbè, rele 711.

**If you are a person seeking to enter the courthouse please be aware of the following requirements.**

**Upon entry to the courthouse your temperature will be taken in a non-intrusive manner. Persons with temperatures over 100.4 degrees Fahrenheit will be denied entry into the courthouse. All persons entering the courthouse will be further screened by a questionnaire:**

1. **Have you recently had close contact with a person with COVID-19?**
2. **Have you been diagnosed with COVID-19, are you waiting for test results, or do you have a cough, fever, or shortness of breath, or other symptoms of COVID-19?**
3. **Have you recently traveled from somewhere outside the United States or on a cruise ship?**

**You will be required to wear a face covering. <u>Please bring your own face covering if you have one.</u> If you do not possess one, a disposable mask will be provided to you. All individuals shall observe social distancing within courthouses by maintaining the recommended minimum six-foot distance from other individuals. Frequently sanitize your hands while you are in the courthouse.**

Filing # 110018073 E-Filed 07/09/2020 03:04:02 PM

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT,
IN AND FOR MARTIN COUNTY, FLORIDA

Case No.:_____
Judge: _____

Hilda Paz
Plaintiff
vs.
Target Corproation
Defendant

## II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim rounded to the nearest dollar $500,000

## III. TYPE OF CASE
(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☒ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
   ☒ Monetary;
   ☐ Non-monetary declaratory or injunctive relief;
   ☐ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:**
   (Specify)

   1

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ Yes
   ☒ No

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ No
   ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ Yes
   ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Alejandro Tirado-Luciano
           Attorney or party
FL Bar No.: 70894
           (Bar number, if attorney)
           Alejandro Tirado-Luciano
           (Type or print name)
   Date:   07/09/2020

Filing # 110018073 E-Filed 07/09/2020 03:04:02 PM

                                                   IN THE CIRCUIT COURT OF THE 19TH
JUDICIAL CIRCUIT, IN AND FOR
MARTIN COUNTY, FLORIDA.

HILDA PAZ,

                                                   CASE NO.:

       Plaintiff,

vs.

TARGET CORPORATION

       Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

       Plaintiff, HILDA PAZ ("Plaintiff"), by and through her undersigned counsel, sues Defendant, TARGET CORPORATION ("Defendant"), and alleges:

       1.     This is an action for negligence. This action is within the jurisdiction of this Court and for damages in excess of Thirty Thousand and 00/100 Dollars ($30,000.00), exclusive of interest and costs.

       2.     At all times material hereto, Plaintiff is and was a citizen of the State of Florida residing in Miami-Dade County, Florida.

       3.     At all times material hereto, Defendant is and was a foreign, for-profit corporation authorized to do business, and does conduct business in Martin County, Florida.

       4.     Venue is proper in Martin County pursuant to § 47.051 because the cause of action accrued in Martin County as the accident occurred there.

       5.     On or about July 4, 2018, Plaintiff was a customer of the Defendant at its store located at 2650 NW Federal Hwy, Stuart, FL 34994 (the "Premises")

6. While the Plaintiff was walking into one of the aisles of the children's department of the Premises, she tripped and fell on carpet that was frayed and partially pulled up.

7. Defendant negligently allowed the frayed and partially rolled up carpet to remain on the floor so as to constitute a tripping hazard.

8. Defendant was negligent in ways that include, but are not limited to, the following:

   a. Defendant failed to warn patrons of a potentially hazardous condition;

   b. Defendant failed to take precautions to protect patrons walking through the store; and

   c. Defendant allowed a dangerous condition to exist.

9. As a direct and proximate result of the Defendant's negligence, the Plaintiff suffered bodily injury for which she required surgery and incurred substantial medical expenses. Plaintiff also suffered resulting pain and suffering, disability, disfigurement, loss of capacity of the enjoyment of life, and expenses of medical and nursing care and treatment. The losses are either permanent or continuing as Plaintiff will suffer the losses in the future.

## COUNT I – NEGLIGENCE

10. Plaintiff realleges and reincorporates by reference Paragraphs 1-9 as if fully set forth herein.

11. On or about July 4, 2018, Plaintiff was a customer and business invitee of the Defendant, lawfully on its premises at the Premises.

12. While the Plaintiff was walking into one of the aisles of the children's department of the Premises, she tripped and fell on carpet that was frayed and partially pulled up.

13. At all times material hereto, Defendant exercised control over the premises and its carpeting and knew, or should have known, that the carpet posed a danger to persons such as the Plaintiff.

14. Defendant, through its agents and/or employees, owed a duty to persons such as the Plaintiff to:

   a. Maintain its premises in a reasonably safe condition;

   b. Correct the dangerous condition of the carpet of which Defendant knew, or should have known, by use of reasonable care;

   c. Warn the Plaintiff of any condition of which it knew or should have known by use of reasonable care was dangerous and for which it had knowledge greater than that of the Plaintiff; and

   d. Hire competent individuals to perform maintenance and/or inspections of the carpet.

15. Defendant, by and through its agents and/or employees, breached its duty owed to the Plaintiff in that it failed to:

   a. Maintain its premises in a reasonably safe condition;

   b. Correct the dangerous condition of the carpet of which Defendant knew, or should have known, by use of reasonable care;

   c. Warn the Plaintiff of any condition of which it knew or should have known by use of reasonable care was dangerous and for which it had knowledge greater than that of the Plaintiff;

   d. Make certain that the carpet was properly maintained; and

   e. Hire competent individuals to perform maintenance on the carpet.

16. As a direct and proximate result of the actions or inactions of the Defendant and its agents or employees, the Plaintiff suffered bodily injury for which she required surgery and incurred substantial medical expenses. Plaintiff also suffered resulting pain and suffering, disability, disfigurement, loss of capacity of the enjoyment of life, and expenses of medical and nursing care and treatment. The losses are either permanent or continuing as Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant for damages, for costs, and any other relief this Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury of all issues so triable as of right.

Dated this 9th day of July, 2020.

**TIRADO-LUCIANO & TIRADO**
*Counsel for Plaintiff*
2655 Le Jeune Road Suite 1109
Coral Gables, Florida 33134
305-390-2320 - Telephone
305-390-2321 - Facsimile

By: */s/ Alex Tirado-Luciano*            .
   ALEJANDRO TIRADO-LUCIANO, ESQ.
   Florida Bar No. 70894
   atl@TLTirado.com
   MONICA TIRADO, ESQ.
   Florida Bar No.: 55877
   mt@TLTirado.com